# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR374 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AUSTIN D. GALVAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for temporary release (Filing No. 27). The court, being fully advised in the premises, finds that said motion should be granted.

**IT IS ORDERED:**

1. The defendant is to be permitted a six-hour release on **Monday, April 2, 2007**, to be allowed visitation with his terminally ill father.

2. The defendant shall be transported to the U.S. Courthouse by the United States Marshal at the earliest practicable date and the defendant shall be released therefrom to the custody of his mother from 9:00 a.m. until 3:00 p.m. His mother will transport the defendant to and from the United States courthouse, monitor his activities and whereabouts, and promptly report any misconduct by the defendant.

DATED this 30th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge