IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR374 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUSTIN GALVAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Austin Galvan appeared before the court on March 23, 2010 on a Summons for an Amended Petition for Offender Under Supervision [46]. The defendant was represented by Assistant Federal Public Defender, Jeffrey Thomas and the United States was represented by Assistant U.S. Attorney Frederick Franklin. The defendant admits allegation1, 2 and 3. The oral motion to continue is granted.

IT IS ORDERED:

1. The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

2. Final Disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m., on April 16, 2010.** Defendant must be present in person.

3. Defendant is released on the same terms and conditions of supervised release already imposed.

Dated this 26th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge